IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| HENRY JOINER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 7:05-CV-1300-LSC-PWG |
| ) | |
| OFFICER BOBBY PERKINS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of the magistrate judge's Report and Recommendation filed July 11, 2005, the Court ADOPTS the magistrate judge's recommendation and it is ORDERED that the case be TRANSFERRED to the United States District Court for the Middle District of Alabama for further proceedings.

Done this 26th day of August 2005.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124153